STATE v. FARRAR

No. 248P94

Case below: 114 N.C.App. 666

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

STATE v. FLOYD

No. 270P94

Case below: 114 N.C.App. 666

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

STATE v. HANDY

No. 220P94

Case below: 114 N.C.App. 270

Petition by defendant (Jessie Ernest Handy, Sr.) for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994. Petition by defendant (Rodney Dale King) for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

STATE v. HINTON

No. 271P94

Case below: 113 N.C.App. 837

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 28 July 1994. Petition by defendant for writ of mandamus denied 28 July 1994.

STATE v. HUNT

No. 5A86-5

Case below: Superior Court

Petition by defendant for writ of certiorari to review the decision of the Robeson County Superior Court denied 10 August 1994.